D. Lee Roberts, Jr., Esq.
*lroberts@wwhgd.com*
Nevada Bar No. 8877
Stephanie J. Glantz, Esq.
*sglantz@wwhgd.com*
Nevada Bar No. 14878
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada  89118
Telephone:  (702) 938-3838
Facsimile:  (702) 938-3864

*Attorneys for Defendants*
*SCGIF II – Iron Horse, LLC and William A. Shopoff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, RENO DIVISION**

| | |
|---|---|
| HONSE IRON HORSE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SCGIF II – IRON HORSE, LLC, and WILLIAM A. SHOPOFF,<br><br>Defendants. | Case No.: 3:23-cv-00163-ART-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**<br><br>**(Second Request)** |

Plaintiff Honse Iron Horse, LLC, by and through its undersigned attorneys of record, and Defendants SCGIF II – Iron Horse, LLC and William A. Shopoff (hereinafter "Defendants,") by and through their undersigned attorneys of record (collectively, the "Parties"), hereby respectfully submit this Stipulation and Order for Extension of Time for Defendants to file a Responsive Pleading.

The parties hereto stipulate that Defendants may have until July 27, 2023, to file a responsive pleading.

The parties further stipulate that Defendants do not waive any arguments or defenses, including those set forth in FRCP 12, by way of this stipulation.

The extension of time is needed to allow the parties to finalize a resolution reached

1   between the parties and is not for purposes of delay.

2       The parties waive no rights, claims, or defenses by this Stipulation.

3       **IT IS SO STIPULATED**.

5   Dated this 27th day of June, 2023.      Dated this 27th day of June, 2023.

6   */s/ Stephanie J. Glantz*      */s/ Gregory W. Mitchell (w/ permission)*
D. Lee Roberts, Jr., Esq.      Gregory W. Mitchell
Stephanie J. Glantz, Esq.      *Admitted Pro Hac Vice*
WEINBERG, WHEELER, HUDGINS,      Freeman Law, PLLC
  GUNN & DIAL, LLC      1412 Main Street, Suite 500
6385 S. Rainbow Blvd., Suite 400      Dallas, TX 75202
Las Vegas, NV 89118
*Attorneys for Defendants*      Steven P. Brazelton, Esq.
*SCGIF II – Iron Horse, LLC and*      Law Office of Steven P. Brazelton
*William A. Shopoff*      601 South Arlington Avenue
Reno, NV 89509

*Attorneys for Plaintiff*

**IT IS SO ORDERED**

United States Magistrate Judge

Dated: June 28, 2023

2