1  D. Lee Roberts, Jr., Esq.
   *lroberts@wwhgd.com*
2  Nevada Bar No. 8877
   Stephanie J. Glantz, Esq.
3  *sglantz@wwhgd.com*
   Nevada Bar No. 14878
4  WEINBERG, WHEELER, HUDGINS,
      GUNN & DIAL, LLC
5  6385 South Rainbow Blvd., Suite 400
   Las Vegas, Nevada  89118
6  Telephone:  (702) 938-3838
   Facsimile:  (702) 938-3864
7
   *Attorneys for Defendants*
8  *SCGIF II – Iron Horse, LLC and William A. Shopoff*

9

10 **UNITED STATES DISTRICT COURT**

11 **DISTRICT OF NEVADA, RENO DIVISION**

12 | HONSE IRON HORSE, LLC, | Case No.: 3:23-cv-00163-ART-CLB |
|---|---|
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING** |
| SCGIF II – IRON HORSE, LLC, and WILLIAM A. SHOPOFF, | |
| Defendants. | **(Third Request)** |

18 Plaintiff Honse Iron Horse, LLC, by and through its undersigned attorneys of record, and Defendants SCGIF II – Iron Horse, LLC and William A. Shopoff (hereinafter "Defendants,") by and through their undersigned attorneys of record (collectively, the "Parties"), hereby respectfully submit this Stipulation and Order for Extension of Time for Defendants to file a Responsive Pleading.

23 The parties hereto stipulate that Defendants may have until September 26, 2023, to file a responsive pleading.

25 The parties further stipulate that Defendants do not waive any arguments or defenses, including those set forth in FRCP 12, by way of this stipulation.

27 While the parties have reached a resolution and executed the documents in relation to the

1

resolution, the extension of time is needed to allow the parties time to finalize the agreed-to transaction. The requested extension is made in good faith and is not for purposes of delay.

The parties waive no rights, claims, or defenses by this Stipulation.

**IT IS SO STIPULATED**.

Dated this 27th day of July, 2023.

*/s/ Stephanie J. Glantz*
D. Lee Roberts, Jr., Esq.
Stephanie J. Glantz, Esq.
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV  89118
*Attorneys for Defendants*
*SCGIF II – Iron Horse, LLC and*
*William A. Shopoff*

Dated this 27th day of July, 2023.

*/s/ Gregory W. Mitchell (w/permission)*
Gregory W. Mitchell
*Admitted Pro Hac Vice*
Freeman Law, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202

Steven P. Brazelton, Esq.
Law Office of Steven P. Brazelton
601 South Arlington Avenue
Reno, NV 89509

*Attorneys for Plaintiff*

**IT IS SO ORDERED**

United States Magistrate Judge

Dated: July 28, 2023.

2