**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, RENO DIVISION**

| | |
|---|---|
| HONSE IRON HORSE, LLC,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SCGIF II – IRON HORSE, LLC, and WILLIAM A. SHOPOFF,<br><br>　　　　Defendants. | Case No.: 3:23-cv-00163-ART-CLB<br><br>**ORDER GRANTING**<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff Honse Iron Horse, LLC, by and through its undersigned attorneys of record, and Defendants SCGIF II – Iron Horse, LLC and William A. Shopoff (hereinafter "Defendants,") by and through their undersigned attorneys of record (collectively, the "Parties"), hereby stipulate and agree as follows:

The parties have reached a settlement in this matter and stipulate that the settlement was reached in good faith. All parties are to bear their own costs, fees, and expenses hereto.

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiffs claims in the above-captioned action against Defendants are DISMISSED WITH PREJUDICE in their entirety.

/ / /

/ / /

**IT IS SO STIPULATED**.

Dated this 18th day of September, 2023.

*/s/ Stephanie J. Glantz*
D. Lee Roberts, Jr., Esq.
Stephanie J. Glantz, Esq.
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
6385 S. Rainbow Blvd., Suite 400
Las Vegas, NV 89118
*Attorneys for Defendants*
*SCGIF II – Iron Horse, LLC and*
*William A. Shopoff*

Dated this 18th day of September, 2023.

*/s/ Gregory W. Mitchell (w/ permission)*
Gregory W. Mitchell
*Admitted Pro Hac Vice*
Freeman Law, PLLC
1412 Main Street, Suite 500
Dallas, TX 75202

Steven P. Brazelton, Esq.
Law Office of Steven P. Brazelton
601 South Arlington Avenue
Reno, NV 89509

*Attorneys for Plaintiff*

**IT IS SO ORDERED**

_____
Anne R. Traum
United States District Court Judge

Dated: September 20, 2023



2